■ RAFAEL URENA, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 110555.) [849 NYS2d 870]—Appeal from an order of the Court of Claims (Nicholas V. Midey, Jr., J.), entered November 30, 2005. The order granted the motion of defendant to dismiss the claim on the ground of improper service.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Lunn and Peradotto, JJ.